| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Ava Bentivegna | 9/23/2001 | NY | Eastern District of New York | No | Suffolk County Water Authority (NY5110526) | No | Ulcerative Colitis | 1-9 |
| 2 | Arthur Benton | 8/9/1950 | NC | Middle District of North Carolina | No | Town Of Gibsonville (NC0241025) | No | Kidney Cancer | 1-9 |
| 3 | Ashley Berry | 9/23/1984 | TX | Northern District of Texas | No | Dallas Water Utility (TX0570004) | No | Kidney Cancer | 1-9 |
| 4 | Andrea Berube | 2/24/1980 | FL | Southern District of Florida | No | City Of Pembroke Pines (FL4061083) | No | Kidney Cancer | 1-9 |
| 5 | Chantez Bethay | 1/2/1985 | PA | Eastern District of Pennsylvania | No | Philadelphia Water Department (PA1510001) | No | Testicular Cancer | 1-9 |
| 6 | Cheri Bianca | 3/8/1970 | NC | Eastern District of North Carolina | No | Johnston County - East (NC4051018) | No | Kidney Cancer | 1-9 |
| 7 | Ada Biddings | 1/29/1964 | AL | Northern District of Alabama | No | Decatur Board of Municipal Utilities (AL0001084) | No | Kidney Cancer | 1-9 |
| 8 | Andre D Biggers | 10/4/1954 | PA | Middle District of Pennsylvania | No | Veolia/Suez Water PA (PA7220015) | No | Kidney Cancer | 1-9 |
| 9 | Carlton Blue | 7/27/1958 | PA | Eastern District of Pennsylvania | No | Aqua Pennsylvania - Main System (PA1460073) | No | Kidney Cancer | 1-9 |
| 10 | Cheryl Bonacorsi | 8/26/1947 | NH | District of New Hampshire | No | Lawrence Water Works (MA3149000) | No | Kidney Cancer | 1-9 |
| 11 | Alvin Botts | 5/22/1964 | UT | District of Utah | No | Salt Lake City Water System (UTAH18026) | No | Kidney Cancer | 1-9 |
| 12 | Andrew Bowen | 4/2/1996 | NC | Middle District of North Carolina | No | City of Greensboro (NC0241010) | No | Testicular Cancer | 1-9 |
| 13 | Charlie Bowling | 1/14/1968 | AL | Northern District of Alabama | No | Carrolls Creek Water Authority (AL0001540) | No | Kidney Cancer | 1-9 |
| 14 | Anthony Boyd | 12/27/1979 | CA | Southern District of California | No | New Jersey American Water - Western (NJ0327001) | No | Testicular Cancer | 1-9 |
| 15 | Aaron Brackins | 7/30/1996 | WA | Eastern District of Washington | No | City of Vancouver (WA5391200) | No | Liver Cancer | 1-9 |
| 16 | Barbara Brady | 7/6/1953 | MA | District of Massachusetts | No | Attleboro Water Dept (MA4016000) | No | Kidney Cancer | 1-9 |
| 17 | Amanda Bragg Sott | 7/9/1981 | SC | District of South Carolina | No | Woodruff-Roebuck Water District (SC4220007) | No | Kidney Cancer | 1-9 |
| 18 | Charles Brewer | 1/28/1982 | TN | Western District of Tennessee | No | Jackson Water System (TN0000299) | No | Testicular Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 19 | Alexandra Briones | 1/2/1975 | FL | Middle District of Florida | No | City of Tampa Water Department (FL6290327) | No | Kidney Cancer | 1-9 |
| 20 | Bonita Britt | 6/28/1960 | NC | Eastern District of North Carolina | No | City of Lumberton (NC0378010) | No | Ulcerative Colitis | 1-9 |
| 21 | Andrew Britton Jr. | 8/3/1956 | WV | Southern District of West Virginia | No | City of Vienna (WV3305411) | No | Kidney Cancer | 1-9 |
| 22 | Brent Brockmeyer | 7/12/1954 | MO | Western District of Missouri | No | Raytown Water Company (MO1010676) | No | Kidney Cancer | 1-9 |
| 23 | Angela Brown | 12/8/1967 | NC | Western District of North Carolina | No | Charlotte Water (NC0160010) | No | Ulcerative Colitis | 1-9 |
| 24 | Betty Brown | 1/15/1947 | TN | Eastern District of Tennessee | No | Savannah Valley U.D. (TN0000613) | No | Kidney Cancer | 1-9 |
| 25 | Alan Buchanan | 11/3/1960 | IL | Southern District of Illinois | No | IL American-East St. Louis (IL1635040) | No | Kidney Cancer | 1-9 |
| 26 | Barry Buchanan | 6/21/1975 | GA | Northern District of Georgia | No | Clayton County Water Authority (GA0630000) | No | Liver Cancer | 1-9 |
| 27 | Brenda Buettner | 3/15/1964 | IA | Northern District of Iowa | No | Sioux City Water Supply (IA9778054) | No | Ulcerative Colitis | 1-9 |
| 28 | Brad Burris | 9/30/1968 | NC | Middle District of North Carolina | No | Burlington, City Of (NC0201010) | No | Ulcerative Colitis | 1-9 |
| 29 | Aaron Campbell | 4/20/1971 | IN | Southern District of Indiana | No | Madison Water Department, In (IN5239006) | No | Kidney Cancer | 1-9 |
| 30 | Anthony Campo | 7/7/1952 | NY | Eastern District of New York | No | Suffolk County Water Authority (NY5110526) | No | Kidney Cancer | 1-9 |
| 31 | Carlos Campos | 10/2/1981 | NY | Eastern District of New York | No | Liberty Utilities New York - Merrick (NY2902840) | No | Testicular Cancer | 1-9 |
| 32 | Benjamin Caranchini | 12/10/1968 | CA | Central District of California | No | City of Riverside (CA3310031) | No | Ulcerative Colitis | 1-9 |
| 33 | Alison Carrasquillo | 4/5/1979 | NY | Eastern District of New York | No | Suffolk County Water Authority (NY5110526) | No | Ulcerative Colitis | 1-9 |
| 34 | Bethy Carre | 4/5/1957 | FL | Southern District of Florida | No | City of North Miami (FL4130977) | No | Ulcerative Colitis | 1-9 |
| 35 | Anthony Carrera | 7/11/1989 | FL | Southern District of Florida | No | Miami-Dade WSD (FL4130871) | No | Ulcerative Colitis | 1-9 |
| 36 | Aleida Carrion | 6/11/1962 | FL | Southern District of Florida | No | Miami-Dade WSD (FL4130871) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 37 | Carlos Casteel | 6/6/1977 | CA | Eastern District of California | No | California Water Service - Bakersfield (CA1510003) | No | Kidney Cancer | 1-9 |
| 38 | Anthoni Castrejon | 2/17/1991 | CA | Southern District of California | No | Walnut Park Mutual Water Co. (CA1910169) | No | Testicular Cancer | 1-9 |
| 39 | Chris Cater | 5/19/1968 | AL | Northern District of Alabama | No | Bessemer Water Service (AL0000737) | No | Kidney Cancer | 1-9 |
| 40 | Catherine Chan | 4/16/1957 | AZ | District of Arizona | No | City of Tucson (AZ0410112) | No | Kidney Cancer | 1-9 |
| 41 | Angel Chevasco | 1/14/1966 | NJ | District of New Jersey | No | Veolia Water New Jersey Hackensack (NJ0238001) | No | Kidney Cancer | 1-9 |
| 42 | Anthony Chiarelli | 8/7/1963 | NY | Eastern District of New York | No | Suffolk County Water Authority (NY5110526) | No | Kidney Cancer | 1-9 |
| 43 | Bryan Childress | 7/27/1957 | CA | Eastern District of California | No | California Water Service - Bakersfield (CA1510003) | No | Kidney Cancer | 1-9 |
| 44 | Bryan Chiman | 5/25/1993 | CA | Central District of California | No | City of Anaheim (CA3010001) | No | Testicular Cancer | 1-9 |
| 45 | Carolyn E. Clark | 6/7/1979 | CA | Eastern District of California | No | City Of Sacramento (CA3410020) | No | Kidney Cancer | 1-9 |
| 46 | Billy Clayton | 7/15/1977 | AZ | District of Arizona | No | USAF Luke AFB (AZ0407305) | No | Testicular Cancer | 1-9 |
| 47 | Ann Clearman | 1/21/1950 | AL | Southern District of Alabama | No | Saraland Water & Sewer Service (AL0001021) | No | Kidney Cancer | 1-9 |
| 48 | Charles Clifton | 1/22/1953 | AL | Northern District of Alabama | No | Clayton County Water Authority (GA0630000) | No | Kidney Cancer | 1-9 |
| 49 | Aviran Cohen | 8/31/1995 | FL | Southern District of Florida | No | City Of Pembroke Pines (FL4061083) | No | Testicular Cancer | 1-9 |
| 50 | Andrew Collier | 10/7/1963 | CA | Eastern District of California | No | Zone 7 Water Agency (CA0110010) | No | Kidney Cancer | 1-9 |
| 51 | Angela K Connelly | 3/17/1972 | SC | District of South Carolina | No | City of Columbia (SC4010001) | No | Ulcerative Colitis | 1-9 |
| 52 | Alex Contreras | 8/20/1988 | CA | Central District of California | No | Lynwood City Water Department (CA1910079) | No | Testicular Cancer | 1-9 |
| 53 | Brian Cook | 11/30/1972 | CA | Central District of California | No | Hesperia Water District (CA3610024) | No | Testicular Cancer | 1-9 |
| 54 | Antonio Coons | 8/16/1978 | CA | Southern District of California | No | City Of San Diego (CA3710020) | No | Testicular Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 55 | Brandon Cooper | 1/26/1973 | AZ | District of Arizona | No | Cordes Lakes Water Company;Cottonwood Municipal Water Vv6 (AZ0413023) | No | Kidney Cancer | 1-9 |
| 56 | Alex Coronel | 10/4/1985 | TX | Western District of Texas | No | City Of Austin Water And Wastewater (TX2270001) | No | Ulcerative Colitis | 1-9 |
| 57 | Ann Marie Correia | 8/24/1955 | MA | District of Massachusetts | No | Seekonk Water District (MA4265000) | No | Kidney Cancer | 1-9 |
| 58 | Anabel Costello | 3/1/1979 | TX | Southern District of Texas | No | North Alamo Wsc (TX1080029) | No | Kidney Cancer | 1-9 |
| 59 | Albert Cota | 11/27/1955 | CA | Southern District of California | No | City Of San Diego (CA3710020) | No | Kidney Cancer | 1-9 |
| 60 | Anthony Coulter | 11/5/1975 | KY | Eastern District of Kentucky | No | Cincinnati Public Water System (OH3102612) | No | Ulcerative Colitis | 1-9 |
| 61 | Alicia Cousin | 4/2/1966 | LA | Eastern District of Louisiana | No | New Orleans Carrollton Water Works (LA1071009) | No | Kidney Cancer | 1-9 |
| 62 | Becky Crow | 7/9/1949 | IN | Southern District of Indiana | No | Indiana American Water-Terre Haute (IN5284012) | No | Kidney Cancer | 1-9 |
| 63 | Bettye Joyce Cunningham | 10/10/1958 | OH | Southern District of Ohio | No | Cincinnati Public Water System (OH3102612) | No | Kidney Cancer | 1-9 |
| 64 | Albert E. Curtis III | 9/23/1951 | TN | Eastern District of Tennessee | No | Tennessee American Water - Chattanooga (TN0000107) | No | Kidney Cancer | 1-9 |
| 65 | Charles Scott Dana | 6/17/1958 | MA | District of Massachusetts | No | Natick Water And Sewer (MA3198000) | No | Kidney Cancer | 1-9 |
| 66 | Charles Daunis | 4/27/1969 | WA | Western District of Washington | No | Lakewood Water District (WA5345550) | No | Kidney Cancer | 1-9 |
| 67 | Brenda Davila | 10/31/1948 | IN | Southern District of Indiana | No | Indiana American Water-Terre Haute (IN5284012) | No | Ulcerative Colitis | 1-9 |
| 68 | Chris Dehn | 7/28/1986 | WA | Western District of Washington | No | JBLM Lewis (WA5326050) | No | Ulcerative Colitis | 1-9 |
| 69 | Anacleto Deleon Jr. | 7/11/1967 | CA | Central District of California | No | City of Irving (TX0570050) | No | Liver Cancer | 1-9 |
| 70 | Albert Delgado | 3/16/1985 | CA | Southern District of California | No | City Of San Diego (CA3710020) | No | Testicular Cancer | 1-9 |
| 71 | Anthony Delsardo | 2/10/1941 | TX | Southern District of Texas | No | City Of Pearland (TX0200008) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 72 | Brandy Dennis | 7/29/1981 | AL | Northern District of Alabama | No | Sheffield Utilities Department (AL0000327) | No | Ulcerative Colitis | 1-9 |
| 73 | Brett DeVincenzi | 11/8/1994 | NH | District of New Hampshire | No | Pennichuck Water Works (NH1621010) | No | Testicular Cancer | 1-9 |
| 74 | Antonio Diaz | 8/22/1949 | TX | Southern District of Texas | No | City Of Livingston, TX (TX1870002) | No | Kidney Cancer | 1-9 |
| 75 | Albert Dixon | 4/6/1954 | AZ | District of Arizona | No | New Jersey American Water - Raritan (NJ2004002) | No | Kidney Cancer | 1-9 |
| 76 | Carol Driver | 9/14/1975 | MI | Western District of Michigan | No | Holland Board Of Public Works (MI0003190) | No | Ulcerative Colitis | 1-9 |
| 77 | Abel Duque | 10/9/1981 | NJ | District of New Jersey | No | City Of Pembroke Pines (FL4061083) | No | Testicular Cancer | 1-9 |
| 78 | Bridget Early | 12/11/1965 | FL | Middle District of Florida | No | City of St. Petersburg (FL6521715) | No | Kidney Cancer | 1-9 |
| 79 | Autumn Echoles | 1/10/1979 | GA | Middle District of Georgia | No | Columbus Water Works (GA2150000) | No | Kidney Cancer | 1-9 |
| 80 | Billy Edmonds | 9/17/1953 | TX | Northern District of Texas | No | City of Fort Worth (TX2200012) | No | Kidney Cancer | 1-9 |
| 81 | Chriscelia Edwards | 6/20/1955 | VA | Eastern District of Virginia | No | City of Norfolk (VA3710100) | No | Kidney Cancer | 1-9 |
| 82 | Austin C Egnew | 8/13/1996 | AZ | District of Arizona | No | Town Of Gilbert (AZ0407092) | No | Testicular Cancer | 1-9 |
| 83 | Armando Elias | 1/6/1981 | CA | Eastern District of California | No | California Water Service - Stockton (CA3910001) | No | Testicular Cancer | 1-9 |
| 84 | Bret Elliott | 11/1/1967 | TX | Western District of Texas | No | City Of Cedar Park (TX2460009) | No | Kidney Cancer | 1-9 |
| 85 | Amelia Escobar Perez | 4/21/1956 | FL | Middle District of Florida | No | Miami-Dade WSD (FL4130871) | No | Ulcerative Colitis | 1-9 |
| 86 | Charles Evans II | 1/8/1970 | SC | District of South Carolina | No | Laurens County W&S Comm (SC3020001) | No | Kidney Cancer | 1-9 |
| 87 | Catrina Evans | 6/13/1972 | TN | Western District of Tennessee | No | Jackson Water System (TN0000299) | No | Kidney Cancer | 1-9 |
| 88 | Cameron Everson | 7/15/2001 | OH | Southern District of Ohio | No | Del-Co Water Company, Inc. (OH2101412) | No | Testicular Cancer | 1-9 |
| 89 | Bobby Felps | 4/28/1978 | AL | Southern District of Alabama | No | Grand Bay Water Works Board (AL0000983) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 90 | Bryan Finkel | 1/21/1987 | CA | Eastern District of California | No | South Tahoe PUD - Main (CA0910002) | No | Testicular Cancer | 1-9 |
| 91 | Brandon Fischer | 9/18/1984 | CA | Eastern District of California | No | California Water Service - Visalia (CA5410016) | No | Kidney Cancer | 1-9 |
| 92 | Brian Ford | 7/3/1974 | CA | Eastern District of California | No | Modesto Irrigation District;Modesto, City Of (CA5010038) | No | Kidney Cancer | 1-9 |
| 93 | Charles Ford | 2/7/1990 | AL | Northern District of Alabama | No | Huntsville Utilities (AL0000882) | No | Ulcerative Colitis | 1-9 |
| 94 | Chris Fox | 3/29/1988 | TX | Northern District of Texas | No | City Of Arlington (TX2200001) | No | Testicular Cancer | 1-9 |
| 95 | Brian Freeman | 11/13/1979 | CA | Central District of California | No | City of Anaheim (CA3010001) | No | Testicular Cancer | 1-9 |
| 96 | Brandon Frohnhoefer | 2/7/1983 | CA | Southern District of California | No | City Of San Diego (CA3710020) | No | Ulcerative Colitis | 1-9 |
| 97 | Allyson Gall | 7/15/1999 | FL | Northern District of Florida | No | Emerald Coast Utilities Authority (FL1170525) | No | Kidney Cancer | 1-9 |
| 98 | Albert Galvez | 5/11/1975 | NJ | District of New Jersey | No | New Jersey American Water - Raritan (NJ2004002) | No | Testicular Cancer | 1-9 |
| 99 | Angeles Garcia Bobe | 3/29/1959 | PA | Eastern District of Pennsylvania | No | Philadelphia Water Department (PA1510001) | No | Kidney Cancer | 1-9 |
| 100 | Adrian Garcia | 9/20/1984 | CA | Central District of California | No | San Gabriel Valley Water Co. - El Monte (CA1910039) | No | Testicular Cancer | 1-9 |
| 101 | Brent Gasper | 5/22/1973 | AR | Eastern District of Arkansas | No | Hot Springs Utilities (AR0000209) | No | Ulcerative Colitis | 1-9 |
| 102 | America Gattorno-Gonzalez | 12/21/1969 | FL | Middle District of Florida | No | Miami-Dade WSD (FL4130871) | No | Kidney Cancer | 1-9 |
| 103 | Brian Gersch | 7/5/1974 | NY | Eastern District of New York | No | Town Of Hempstead Water Department (NY2900000) | No | Testicular Cancer | 1-9 |
| 104 | Beth Gibbons | 9/24/1965 | NY | Eastern District of New York | No | Liberty Utilities New York - Lynbrook (NY2902835) | No | Kidney Cancer | 1-9 |
| 105 | Beth Gilliam | 1/13/1963 | NC | Western District of North Carolina | No | Charlotte Water (NC0160010) | No | Kidney Cancer | 1-9 |
| 106 | Bobby Godsey | 12/15/1960 | AL | Northern District of Alabama | No | Huntsville Utilities (AL0000882) | No | Liver Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 107 | Cathy Godsey | 4/28/1959 | SC | District of South Carolina | No | Grand Stand Water & Sewer Authority (SC2620004) | No | Kidney Cancer | 1-9 |
| 108 | Cathy Goen | 7/18/1951 | TX | Northern District of Texas | No | City Of Cumby (TX1120001) | No | Kidney Cancer | 1-9 |
| 109 | Carmelo Gonzalez | 1/27/1982 | PA | Middle District of Pennsylvania | No | Philadelphia Water Department (PA1510001) | No | Ulcerative Colitis | 1-9 |
| 110 | Andrew Gonzales | 9/15/1995 | CA | Central District of California | No | Ontario Municipal Utilities Company (CA3610034) | No | Testicular Cancer | 1-9 |
| 111 | Benjala Gordon | 8/10/1965 | PA | Eastern District of Pennsylvania | No | Philadelphia Water Department (PA1510001) | No | Kidney Cancer | 1-9 |
| 112 | Chad Gordon | 12/19/1993 | CA | Central District of California | No | Mt. Pleasant Water Works (SC1010002) | No | Testicular Cancer | 1-9 |
| 113 | Billy Grant | 2/10/1967 | CA | Central District of California | No | Eastern Municipal WD (CA3310009) | No | Testicular Cancer | 1-9 |
| 114 | Billy Joe Graves | 1/2/1972 | CA | Southern District of California | No | City Of San Diego (CA3710020) | No | Testicular Cancer | 1-9 |
| 115 | Carrie Greene | 5/30/1967 | GA | Southern District of Georgia | No | Augusta-Richmond County WS (GA2450000) | No | Kidney Cancer | 1-9 |
| 116 | Alberto Guijosa | 2/12/1997 | OH | Southern District of Ohio | No | Delaware City Pws (OH2100311) | No | Testicular Cancer | 1-9 |
| 117 | Aaron Hagan | 8/13/1981 | CA | Central District of California | No | Eastern Municipal WD (CA3310009) | No | Kidney Cancer | 1-9 |
| 118 | Charles Hamad | 11/30/1964 | OH | Northern District of Ohio | No | Akron City Public Water Service (OH7700011) | No | Kidney Cancer | 1-9 |
| 119 | Agnes Hansen-Thiele | 1/18/1959 | AK | District of Alaska | No | MOA Municipality of Anchorage (AK2210906) | No | Kidney Cancer | 1-9 |
| 120 | Alain Hanson | 9/25/1955 | TX | Northern District of Texas | No | City Of Grand Prairie (TX0570048) | No | Testicular Cancer | 1-9 |
| 121 | Alan Hardy | 11/17/1962 | FL | Southern District of Florida | No | Delray Beach Public Water System (FL4500351) | No | Testicular Cancer | 1-9 |
| 122 | Andrew Harlow | 5/5/1999 | PA | Middle District of Pennsylvania | No | Gettysburg Muni Auth (PA7010019) | No | Testicular Cancer | 1-9 |
| 123 | Brian K. Harrington | 11/5/1977 | SC | District of South Carolina | No | Town Of Cheraw (SC1310001) | No | Ulcerative Colitis | 1-9 |
| 124 | Antonio Harris | 6/28/1962 | IL | Northern District of Illinois | No | Chicago (IL0316000) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 125 | Charles Harris | 4/11/1976 | FL | Southern District of Florida | No | City of North Miami (FL4130977) | No | Kidney Cancer | 1-9 |
| 126 | Aaron Harrison | 2/11/1976 | CA | Central District of California | No | Eastern Municipal WD (CA3310009) | No | Testicular Cancer | 1-9 |
| 127 | Cathy Harrison | 11/15/1958 | FL | Northern District of Florida | No | Emerald Coast Utilities Authority (FL1170525) | No | Kidney Cancer | 1-9 |
| 128 | Andre Haskett | 12/1/1987 | NY | Southern District of New York | No | New York City System (NY7003493) | No | Liver Cancer | 1-9 |
| 129 | Beverly Hawes | 7/8/1949 | OH | Southern District of Ohio | No | Fairborn Public Water System (OH2900612) | No | Kidney Cancer | 1-9 |
| 130 | Carol Hawthorn | 12/25/1948 | NC | Eastern District of North Carolina | No | Fayetteville Public Works Commission (NC0326010) | No | Kidney Cancer | 1-9 |
| 131 | Angela Hayden | 3/14/1975 | IL | Central District of Illinois | No | Illinois American-Peoria (IL1435030) | No | Liver Cancer | 1-9 |
| 132 | Charles Heard | 6/10/1967 | IL | Northern District of Illinois | No | Milwaukee Waterworks (WI2410100) | No | Kidney Cancer | 1-9 |
| 133 | Adam Heilberg | 4/8/1965 | FL | Southern District of Florida | No | Miami-Dade WSD (FL4130871) | No | Testicular Cancer | 1-9 |
| 134 | Charles Hendrix | 9/7/1963 | AL | Northern District of Alabama | No | City Of Florence (AL0000783) | No | Testicular Cancer | 1-9 |
| 135 | Cesar Hernandez | 3/24/1984 | CA | Central District of California | No | Sweetwater Authority (CA3710025) | No | Testicular Cancer | 1-9 |
| 136 | Bonny Hicks | 6/16/1959 | NC | Eastern District of North Carolina | No | City of Raleigh (NC0392010) | No | Ulcerative Colitis | 1-9 |
| 137 | Anita Hill | 1/7/1980 | SC | District of South Carolina | No | Hammond W/D (Sc0420007) (SC0420007) | No | Kidney Cancer | 1-9 |
| 138 | Bobby Hobdy | 12/13/1962 | FL | Middle District of Florida | No | City of Tampa Water Department (FL6290327) | No | Kidney Cancer | 1-9 |
| 139 | Carl Hudson | 1/10/1949 | OH | Southern District of Ohio | No | Franklin Public Water System (OH8300412) | No | Kidney Cancer | 1-9 |
| 140 | Aaron James Woolf | 10/16/1981 | AZ | District of Arizona | No | Town Of Gilbert (AZ0407092) | No | Testicular Cancer | 1-9 |